FIRST DEPARTMENT, JUNE, 1967.

(June 1, 1967)

VIVIAN I. GOPAUL, Respondent, v. COCA·COLA BOTTLING COMPANY OF NEW YORK, INC. et al., Appellants et al., Defendants.—

* Not published with other decisions of April, 1967, 27 A D 2d 930.— [Rep.

No opinion. Concur — Stevens, J. P., Eager, Capozzoli, and McGivern, JJ.